ALEXANDER HILFINGER et al., by FREDERICK HILFINGER, Their Guardian ad Litem, Appellants, *v.* THE STATE OF NEW YORK, Respondent.

*Hilfinger* v. *State of New York*, 151 App. Div. 946, affirmed.
(Argued April 3, 1913; decided April 22, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 15, 1912, affirming a judgment in favor of plaintiffs, but for less than the amount claimed, entered upon an award of the Court of Claims of damages arising from the permanent appropriation of lands for use of the barge canal.

*N. R. Holmes* and *Hugo Hirsh* for appellants.

*Thomas Carmody,* Attorney-General (*Wilber W. Chambers* of counsel), for respondent.

*Per Curiam.* We are of opinion that where, as in the case of appropriation of lands by the state, the claimant is entitled under the Constitution to just compensation for the land taken from him, he cannot be required by any rule of the court to go to the expense of presenting a duplicate of the map that has been served upon him; but this applies only to such cases, and not to cases where

the party is entitled to present his claim against the state only by authority of the legislature. Under the circumstances, therefore, as the rule that the claimant complied with was invalid, the affirmance is without costs.

The judgment should be affirmed, without costs.

CULLEN, Ch. J., WILLARD BARTLETT, HISCOCK, CHASE, CUDDEBACK and MILLER, JJ., concur; HOGAN, J., concurs in result.

Judgment affirmed.